UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FREDERICK DRUMM																					Plaintiff

v.																					Civil Action No. 325CV-117-RGJ

TRANSUNION, LLC, ET AL.																					Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case as to defendant Transunion, LLC only [DE 6], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET as to defendant Transunion, LLC only.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

March 27, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record