UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FREDERICK DRUMM                                                                                         Plaintiff

v.                                                                                 Civil Action No. 3:25CV-117-RGJ

EQUIFAX INFORMATION SERVICES,                                                                       Defendants
LLC, ET AL.

* * * * *

**ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case **as to defendant-Equifax Information Services, LLC [DE 13]**, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET as to party Equifax Information Services, LLC only.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within sixty (60) days from entry of this Order if the settlement is not consummated.

May 30, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record