UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FREDERICK DRUMM                                                                             Plaintiff

v.                                                                            Civil Action No. 3:25CV-117-RGJ

SYNCHRONY BANK                                                                              Defendant

\* \* \* \* \*

# ORDER

The Court, having been advised by the counsel that settlement has been reached on all matters in this case [DE 22], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

October 31, 2025

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to:  Counsel of Record