## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| Frederick Drumm,<br><br>    Plaintiff,<br><br>v.<br><br>Synchrony Bank, Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>    Defendants, | Case No.: 3:25-cv-00117-RGJ |

## STIPULATION OF DISMISSAL AS TO DEFENDANT SYNCHRONY BANK

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Synchrony Bank hereby jointly stipulate that Synchrony Bank may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted December 17, 2025

| | |
|---|---|
| */s/ Christopher W. Goode*<br>Christopher W. Goode (KBA 88425)<br>GOODE LAW OFFICE, PLLC<br>389 Elaine Drive<br>Lexington, Kentucky 40504<br>cgoode@goodelawyers.com<br>859.363.6688<br>Counsel for Plaintiff | */s/ William J. Barker II*<br>William J. Barker II<br>Vine Center<br>333 West Vine Street Suite 1100<br>Lexington, Kentucky 40507<br>Telephone: (859) 422-6000<br>will.barker@whtlaw.com<br>Attorneys for Defendant Synchrony Bank |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Christopher W. Goode*